CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

DEC 0 5 2008

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Civil Action No. 5:08-cv-80070 |
| | ) | Criminal Action No. 5:07-cr-6 |
| v. | ) | |
| | ) | **§ 2255 FINAL ORDER** |
| REYNALDO EVILIO | ) | |
| GUILLEN-LOBO, | ) | By: Hon. Glen E. Conrad |
|     Defendant-Petitioner. | ) | United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that the United States' motion to dismiss is **GRANTED**; defendant-petitioner's motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255, is **DENIED**; and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the defendant-petitioner and counsel of record for the United States.

ENTER: This 5th day of December, 2008.

United States District Judge